THE FIRST NATIONAL BANK OF SING SING, Appellant, *v.* THE SING SING GAS MANUFACTURING COMPANY et al., Respondents.

*First Nat. Bank of Sing Sing* v. *Sing Sing Gas Mfg. Co.*, 120 App. Div. 542, affirmed.
(Argued January 27, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 5, 1907, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover upon a promissory note.

*Charles F. Brown* and *Samuel Watson* for appellant.

*Henry A. Prince, George H. Fletcher* and *John Larkin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.